# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MALDONADO, and all similarly situated individuals,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SOLARA MEDICAL SUPPLIES, LLC,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 3:19-cv-2284-H-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE RELATED CASES AND FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**<br><br>[Doc. Nos. 6 and 9] |

On December 20, 2019, Plaintiff Juan Maldonado filed an Unopposed Motion to Consolidate Related Cases and for Appointment of Interim Lead Class Counsel (the "Motion"). (Doc. No. 6.) On January 7, 2020, Plaintiff filed a notice of withdrawal of the Unopposed Motion to Consolidate. (Doc. No. 8.) On January 9, 2020, Plaintiff filed a Joint Motion to Consolidate Cases and Appoint Interim Class Counsel. (Doc. No. 9.)

## CONSOLIDATION

Based on the Motion and Court's finding that these cases involve common questions

of law and fact, the following cases are consolidated pursuant to Federal Rule of Civil Procedure 42(a)(2): <u>Juan Maldonado et al., v. Solara Medical Supplies, LLC,</u> No. 3:19-cv-02284-H-KSC, <u>Adam Bickford, Jeffrey Halbstein-Harris, and Alex Mercado, et al., v. Solara Medical Supplies, LLC,</u> Case No. 3:19-cv-02368-H-KSC, and <u>Wardrop v. Solara Medical Supplies, LLC</u>., No. 3:19-cv-02423-H-KSC. Within ten (10) court days of the filing of this order, Plaintiffs shall file the Consolidated Amended Complaint. Defendant shall have no obligation to answer, move, or otherwise plead in response to the previously filed Complaints. The Court designates <u>Juan Maldonado et. al. v. Solara Medical Supplies, LLC</u>, No. 3:19-cv-02284-H-KSC as the lead case, and all further filings shall be made in that case absent further order from the Court. Furthermore, the consolidated lead case will now be captioned as: <u>In re Solara Medical Supplies Data Breach Litigation</u>., No. 3:19-cv-02284-H-KSC.

**APPOINTMENT OF INTERIM CO-LEAD COUNSEL**

Pursuant to Federal Rule of Civil Procedure 23(g) and based on the declarations submitted in support of the Motion, the Court finds that William B. Federman of Federman & Sherwood, Stuart A. Davidson of Robbins Geller Rudman & Dowd LLP, William M. Sweetnam of Sweetnam LLC, James Robert Noblin of Green & Noblin, P.C., and Cornelius P. Dukelow of Abington Cole + Ellery, have investigated the claims asserted in this action, have experience pursuing class actions, are willing to commit the necessary resources to representing a class, and have experience with and are knowledgeable of the claims asserted and the applicable law. William B. Federman and Stuart A. Davidson are appointed as interim Co-Lead class counsel and William M. Sweetnam, James Robert Noblin, and Cornelius P. Dukelow as interim class counsel for the proposed class identified in Plaintiff Maldonado's complaint or any amended complaints or class certification motion. No communication between or among any of Plaintiffs' counsel will be taken as a waiver of any privilege or protection which Plaintiffs would otherwise be entitled.

# CONCLUSION

For the reasons stated above, the Court **GRANTS** the parties' Joint Motion to Consolidate (Doc. No. 9.) and consolidates Case No. 3:19-cv-02284, Case No. 3:19-cv-02368, and Case No. 3:19-cv-02423. The Court designates <u>In re Solara Medical Supplies Data Breach Litigation</u>, No. 3:19-cv-02284-H-KSC as the lead case, and all further filings shall be made in that case absent further order from the Court. Furthermore, the Court **GRANTS** the parties' joint motion to appoint William Federman and Stuart A. Davidson as interim co-lead class counsel and William M. Sweetnam, James Robert Noblin, and Cornelius P. Dukelow as interim class counsel.

**IT IS SO ORDERED.**

DATED: January 7, 2019

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT