# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SOLARA MEDICAL SUPPLIES DATA BREACH LITIGATION | Case No.: 3:19-cv-02284-H-KSC<br><br>**ORDER GRANTING STIPULATION**<br><br>[Doc. No. 101.] |

On July 28, 2021, Plaintiffs Juan Maldonado, Adam William Bickford, Jeffrey Harris, Alex Mercado, Thomas Wardrop, and Kristi Keally, as legal guardian of a minor child whose initials are M.K. (collectively, "Plaintiffs") and Solara Medical Supplies, LLC ("Solara") filed a joint motion stating they had jointly stipulated to an agreement. (Doc. No. 101.) For good cause shown, the Court grants the joint motion. The Court orders the following pursuant to the parties' agreement:

1. Plaintiffs waive and will not seek damages related to or arising from emotional distress, anxiety, or stress resulting from Solara's data security incident for themselves or for any class member; and

2. Solara will not seek to obtain Plaintiffs' medical records, whether by subpoena or other means for the purpose of investigating Plaintiffs' allegations of stress or anxiety.

3. Solara reserves the right to seek to obtain Plaintiff Maldonado's medical records for the purpose of investigating his allegations that incorrect information was associated with his medical records as a result of Solara's data security incident.

4. Solara reserves the right to seek to obtain any Plaintiff's medical records if they allege medical identity theft resulting from Solara's data security incident for the purpose of investigating any such allegations.

**IT IS SO ORDERED.**

DATED: August 17, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT