ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON (admitted *pro hac vice*)
DOROTHY P. ANTULLIS (admitted *pro hac vice*)
BRADLEY M. BEALL (admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
dantullis@rgrdlaw.com
bbeall@rgrdlaw.com

FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN
A. BROOKE MURPHY
10205 North Pennsylvania Avenue
Oklahoma City, OK  73120
Telephone:  405/235-1560
405/239-2112 (fax)
WBF@federmanlaw.com
ABM@federamanlaw.com

Interim Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re SOLARA MEDICAL SUPPLIES DATA BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:19-cv-02284-H-KSC<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND TO DIRECT NOTICE TO THE SETTLEMENT CLASS<br><br>Judge: Hon. Marilyn L. Huff<br>Date: February 28, 2022<br>Time: 10:30 a.m.<br>Courtroom: TBD (Telephonic) |

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND TO DIRECT NOTICE TO THE SETTLEMENT CLASS**

PLEASE TAKE NOTICE that on February 28, 2022 at 10:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Marilyn L. Huff, in Courtroom TBD of the above-entitled court, located at James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101, plaintiffs Juan Maldonado, Adam William Bickford, Jeffrey Harris, Alex Mercado, Thomas Wardrop, and Kristi Keally, the legal guardian of a minor with the initials M.K. (collectively, "Plaintiffs"), will, and hereby do, move the Court under Federal Rule of Civil Procedure 23 for an order: (a) finding that the proposed settlement ("Settlement") is within the range of final approval as fair, reasonable, and adequate, and granting preliminary approval of the proposed Settlement; (b) approving the form and substance of the proposed notice, as well as the proposed methods of disseminating notice to the Settlement Class; (c) scheduling a date for the final fairness hearing and relevant deadlines in connection therewith; and (d) such other and further relief as this Court deems just and proper.

This Motion is supported by the following memorandum of points and authorities, the accompanying Declaration of Stuart A. Davidson ("Davidson Decl.") and the exhibits thereto, including the Stipulation and Agreement of Class Action Settlement, dated January 24, 2022 ("Agreement"), which is attached as **Exhibit 1** thereto, all other facts the Court may or should take notice of, all files, records, and proceedings in this case, and any oral argument the Court may entertain.

| | | |
|---|---|---|
| 1 | DATED: January 25, 2022 | ROBBINS GELLER RUDMAN |
| 2 | |   & DOWD LLP<br>STUART A. DAVIDSON |
| 3 | | DOROTHY P. ANTULLIS<br>BRADLEY M. BEALL |

*/s/ Stuart A. Davidson*
STUART A. DAVIDSON

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
dantullis@rgrdlaw.com
bbeall@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
rachelj@rgrdlaw.com

FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN
A. BROOKE MURPHY
10205 North Pennsylvania Avenue
Oklahoma City, OK  73120
Telephone:  405/235-1560
405/239-2112 (fax)
WBF@federmanlaw.com
ABM@federmanlaw.com

Interim Co-Lead Counsel for Plaintiffs

ABINGTON COLE + ELLERY
CORNELIUS P. DUKELOW
320 South Boston Avenue, Suite 1130
Tulsa, OK  74103
Telephone:  918/588-3400
cdukelow@abingtonlaw.com

| | |
|---|---|
| 1 | GREEN & NOBLIN, P.C. |
| 2 | JAMES R. NOBLIN |
| | 4500 East Pacific Coast Highway |
| 3 | 4th Floor |
| | Long Beach, CA  90804 |
| 4 | Telephone:  562/391-2487 |
| | 415/477-6710 (fax) |
| 5 | gn@classcounsel.com |
| 6 | GREEN & NOBLIN, P.C. |
| | ROBERT S. GREEN |
| 7 | 2200 Larkspur Landing Circle, Suite 101 |
| | Larkspur, CA  94939 |
| 8 | Telephone:  415/477-6700 |
| | 415/477-6710 (fax) |
| 9 | gn@classcounsel.com |
| 10 | LYNCH CARPENTER LLP |
| | KELLY K. IVERSON |
| 11 | ERIC D. ZARD |
| | 1133 Penn Avenue, 5th Floor |
| 12 | Pittsburgh, PA 15222 |
| | Telephone: 412/322-9243 |
| 13 | 412/231-0246 (fax) |
| | Kelly@lcllp.com |
| 14 | Eric@lcllp.com |
| 15 | Interim Class Counsel for Plaintiffs |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |